UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 1

FORM 1 SHOWN ON ALL PAPERS FILED WITH THE COURT

12-00061

| VARSITY SPIRIT FASHIONS & SUPPLIES, INC., |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

SUMMONS

TO: The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Tina Potuto Kimble
Clerk of the Court

## PROTEST

| Port of Entry: | Miami, Florida | Date Protest Filed: | 09/07/11 |
|---|---|---|---|
| Protest Number: | 5201-11-100357 and 5201-11-100358 | Date Protest Denied: | 09/13/11 |
| Importer: | Varsity Spirit Fashions & Supplies, Inc. | | |
| Category of Merchandise: | Wearing Apparel | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| Please see attached schedule of entries. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
Customs and Border Protection
6601 N.W. 25th Street
Miami, FL 33122

Brett Ian Harris, Esq. c/o
Pisani & Roll LLP
1629 K Street, N.W.
Washington, DC 20006
(845) 255-1850

Address of Customs Port in
Which Protest was Denied

Name, Address and Telephone Number
of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Wearing Apparel | HTSUSA 6102.30.2020 | 28.2% ad valorem | HTSUSA P6102.30.2020 | Free |
| | HTSUSA 6104.53.2010 | 16.0% ad valorem | HTSUSA P6104.53.2010 | Free |
| | HTSUSA 6104.53.2020 | 16.0% ad valorem | HTSUSA P6104.53.2010 | Free |
| | HTSUSA 6104.63.2028 | 28.2% ad valorem | HTSUSA P6104.63.2030 | Free |
| | HTSUSA 6104.63.2028 | 28.2% ad valorem | HTSUSA P6104.63.2010 | Free |
| | HTSUSA 6110.30.3059 | 32.0% ad valorem | HTSUSA P6110.30.3059 | Free |
| | HTSUSA 6114.30.1020 | 28.2% ad valorem | HTSUSA P6110.30.3059 | Free |
| | HTSUSA 6204.63.3530 | 28.6% ad valorem | HTSUSA P6104.63.2030 | Free |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Whether the imported merchandise was eligible for duty free treatment under the Dominican Republic–Central America–U.S. Free Trade Agreement (DR-CAFTA).

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_Signature of Plaintiff's Attorney_

March 9, 2012
_Date_

# SCHEDULE OF PROTESTS

<u>Miami, Florida</u>
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 5201-11-100357 | 09/07/11 | 09/13/11 | 004-5651185-6 | 07/15/10 | 03/11/11 |
| 5201-11-100358 | 09/07/11 | 09/13/11 | 004-5518115-6 | 03/02/10 | 03/11/11 |
|  | 09/07/11 | 09/13/11 | 004-5547393-4 | 03/29/10 | 03/11/11 |
|  | 09/07/11 | 09/13/11 | 004-5568589-1 | 04/24/10 | 03/11/11 |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011.)